IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | | |
|---|---|---|
| IN THE MATTER OF | ) | PROBATE NO. ESPR030556 |
| | ) | |
| THE ESTATE OF | ) | ORDER APPROVING SETTLEMENT |
| | ) | AND GRANTING AUTHORITY |
| MARY M. BOUILLION, | ) | TO PAY LEGAL FEES |
| | ) | |
| Deceased. | ) | |

\*   \*   \*   \*   \*   \*

This matter comes on for hearing on the Application by the Administrators, Lisa B. Diaz and Anjeanette E. Bouillion, for approval of the settlement of claim resulting from the alleged wrongful termination of employment of Mary M. Bouillion and for authority to pay legal fees.

The Court, having reviewed the Application for Approval of Settlement and for Authority to Pay Legal Fees and being fully advised in the premises, finds that the settlement is fair and reasonable and all beneficiaries of the estate have consented to entry of a court order approving the Application. The Court, therefore, finds that the settlement agreement should be approved and paid in accordance with the Application for Approval of Settlement on file herein.

The Court further finds that the damages being recovered in this settlement represent damages resulting from the alleged wrongful termination of employment of Mary M. Bouillion.

The Court authorizes and directs Lisa B. Diaz and Anjeanette E. Bouillion, Administrators of the Estate of Mary M. Bouillion, to sign any and all further documents or releases discharging and releasing all claims of the Estate of Mary M. Bouillion, and any and all other documents necessary to accomplish the terms, conditions, and obligations of the settlement agreement reached with the Defendants in Case No. 3:13-CV-0069 now pending in the United States District Court for the Southern District of Iowa the Eastern Division.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the aforementioned settlement agreement, as outlined in the Application filed herein is approved by this Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Administrators are hereby authorized to pay attorney fees in the total amount of $10,822.50 to the Putnam Law Firm; and are hereby directed to pay said fees in accordance with the Application filed by the Administrators herein from said settlement proceeds.

DATED this 6th day of October, 2015.

15419(1)/ 2015-09-28 Order Approving Settlement Agreement



## State of Iowa Courts

**Type:** OTHER ORDER

| **Case Number** | **Case Title** |
|---|---|
| ESPR030556 | ESTATE: MARY M. BOUILLION |

So Ordered

*Chad A. Kepros*

Chad Kepros, District Court Judge,
Sixth Judicial District of Iowa

Electronically signed on 2015-10-06 14:31:54     page 3 of 3