United States District Court
For the
Southern District of Iowa
Eastern Division

---

| | | |
|---|---|---|
| THE ESTATE OF MARY BOUILLION | * | |
| BY LISA BOUILLION-DIAZ | * | |
| And ANGELA BOUILLION, CO-EXECUTORS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:13-cv-00069-HCA |
| | * | |
| UNIVERSITY OF IOWA, | * | |
| UNIVERSITY OF IOWA HOSPITALS & | * | JOINT NOTICE OF DISMISSAL |
| CLINICS | * | |
| | * | |
| Defendant. | * | |

---

**COME NOW** the parties in the above-referenced case, and give notice to the Court of settlement, and warrant that each party shall abide by the terms and conditions of settlement, and jointly dismiss this action with prejudice.

**DATED** this 20th day of November, 2015.

/s/ Dale L. Putnam
Dale L. Putnam, AT0006463
Putnam, Fern & Thompson
Law Office, P.L.L.C.
801 Commerce Drive, Suite 1
P.O. Box 70
Decorah, Iowa 52101
Ph. (563) 382-2984
Fax. (563) 382-8810
putlaw@putlaw.com
ATTORNEY FOR PLAINTIFF

/s/ George Carroll
George Carroll, AT0001493
Assistant Attorney General
Hoover State Office Building
Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
Ph. (515)281-8583
Fax. (515)281-7219
George.carroll@iowa.gov
ATTORNEY FOR DEFENDANT